UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80491-CIV-RYSKAMP/VITUNAC

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CHARLOTTE COFMAN et al.,

        Defendants.
_____/

**ORDER DENYING WHITE'S MOTION FOR RELIEF FROM JUDGEMENT**

THIS CAUSE comes before the Court upon defendant, Jonathan White's motion for relief from judgment **[DE 39]**, filed on April 24, 2009. Plaintiff responded **[DE 41]** on April 30, 2009. White failed to timely reply. As such, the motion is ripe for adjudication.

White alleges that his counsel never received notice of these proceedings from the government. White also argues that there are genuine issues of material fact preventing the proper entry of summary judgment in this case. White points to documents served in a related state court action to show his "good faith effort to have the issues of priority in this case determined on the merits."

First, plaintiff properly served White with the summons and a copy of the complaint **[DE 6]** on May 22, 2008. White initially appeared in this litigation through counsel **[DE 10]** on July 31, 2008. At that time, White's counsel was required to enter his appearance and associate himself with this case via the CM/ECF electronic filing system. When doing so, White's counsel indicated that he did not wish to receive notices of electronic filings otherwise termed NEFs. As such, White's counsel chose not to have the automated system automatically provide him with

updates regarding new docket entries.

Although White's counsel chose not to receive NEFs, counsel for plaintiff certified on each pleading that he mailed a copy of that pleading to White's counsel.  This Court also notes that all attorney's have a continuing duty to keep themselves advised of the docket in each case to which they appear as counsel.  *Mehler v. Daytona Beach Health and Rehab. L.L.C.*, 2007 WL 570000 *1 (M.D. Fla. February 20, 2007).  Evidentially, White's counsel failed to check the docket from July 21, 2008 until recently.  Taken together, this Court holds that White was given notice of all docket entries in this case and failed to timely respond.

Second, judgement was already entered on the merits.  Judge Vitunac considered the case on the merits when entering her Report and Recommendation.  This Court conducted a *de novo* review of that Report before adopting Judge Vitunac's recommendations.  As such, this Court holds that relief from judgement is unwarranted.

Accordingly, it is hereby,

ORDERED AND ADJUDGED that defendant, Jonathan White's motion for relief from judgment **[DE 39]** is DENIED.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 22 day of May, 2009.

_____
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided:
All counsel of record
Magistrate Judge Ann E. Vitunac
Equifunding, Inc.
Richard Dickstein, *pro se*
Edward Phillips, *pro se*
Charlotte Cofman, *pro se*